# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** ROBERT CONARD WILEY & ASHLEY DYANN BLAIR
**Case Number:** 2:09-bk-30784-GBN  **Chapter:** 13
**Date / Time / Room:** MONDAY, JUNE 21, 2010 09:30 AM  7TH FLOOR #702
**Bankruptcy Judge:** GEORGE B. NIELSEN
**Courtroom Clerk:** JAN HERNANDEZ
**Reporter / ECR:** KAYLA MORGAN

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK. (FR. 05-17)

**R / M #:** 26 / 0

## Appearances:

DARYL J. DORSEY, ATTORNEY FOR WELLS FARGO BANK

## Proceedings:

MR. DORSEY EXPLAINS WHY HE WOULD PREFER TO PROCEED WITH THE STAY RELIEF AND LODGE AN ORDER.

THE COURT: AN UPLOADED ORDER WILL BE SIGNED, ALLOWING FOR TEN DAYS TO OBJECT.