**Biddle Law Firm, PLLC**
Jeff A. Biddle, AZ State Bar No. 024241
Ryan S. Hardy, AZ State Bar No. 027307
6642 E. Baseline Rd. Suite 102
Mesa, AZ 85206
(480) 840-3138 / Fax (480) 760-2335
jeff@biddlefamilylaw.com

*Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re | Case No. **2:09-bk-30784-GBN** |
|---|---|
| *ROBERT CONARD WILEY*<br>*AHSLEY DYANN BLAIR*, | **OBJECTION TO PROPOSED ORDER** |
| Debtor(s). | (Chapter 13) |

Movant, through counsel undersigned, hereby objects to the proposed order lifting the automatic stay. A hearing has been rescheduled on this matter for July 15, 2010, and as such, this order should not be granted.

DATED this 30th day of June, 2010.

/s/ JAB    024241
Jeff A. Biddle, Esq.
Counsel for Debtors