# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ROBERT CONARD WILEY & ASHLEY DYANN BLAIR | | |
| **Case Number:** | 2:09-bk-30784-GBN | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JULY 15, 2010 01:15 PM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## *Matter:*

RESCHEDULED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK. (FR. 05-17 & 06-21)

**R / M #:**   26 / 0

## *Appearances:*

RYAN S. HARDY, ATTORNEY FOR ROBERT CONARD WILEY
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO BANK

## *Proceedings:*

MR. MCDONALD RELATED THAT STAY RELIEF WAS GRANTED AT THE JUNE 21ST HEARING. IT IS ADDED THAT THERE IS POST PETITION DEFAULT.

MR. HARDY ADVISES THAT THE CLIENT WOULD LIKE TO PROCEED WITH A SHORT SALE.

MR. MCDONALD REPORTS THAT HE DOES NOT SHOW THAT A FORECLOSURE IS PENDING.

THE COURT: THE STAY IS LIFTED; ANY EVICTION IS PROHIBITED FOR NINETY DAYS. THE DEBTORS ARE DIRECTED TO VACATE THE PROPERTY WITHIN THOSE NINETY DAYS.